IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**MARY HELEN STANFORD**                                                                         **PLAINTIFF**

**VERSUS**                                                         **CAUSE NO. 2:09CV76-WAP-DAS**

**COMMISSIONER OF SSA**                                                     **DEFENDANT**

## REPORT AND RECOMMENDATIONS

Before the court is the *pro se* claimant's letter motion to dismiss this case. In support of this motion, the claimant simply states that she has consulted with an attorney and that she would like to dismiss her case. The defendant has not responded to the motion. The court has given due consideration to the motion and the record, and it is recommended that the claimant's request to dismiss this action be granted without prejudice pursuant to FED.R.CIV.P. 41(a)(2).

The parties are referred to Local Rule 72.2(D) for the applicable procedure in the event any party desires to file objections to the findings and recommendations herein contained. The parties are warned that any such objections are required to be in writing and must be filed within ten days of this date. Failure to timely file written objections to the proposed findings, conclusions and recommendations contained in this report will bar an aggrieved party, except upon grounds of plain error, from attacking on appeal unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

**RESPECTFULLY SUBMITTED** this, the 26th day of October, 2009.

                                                                              **/s/ David A. Sanders**
                                                                           **UNITED STATES MAGISTRATE JUDGE**